**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WASHINGTON, RITA M. | § Case No. 14-80733 |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 11, 2014. The undersigned trustee was appointed on June 04, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         500,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 184,546.93 |
| Bank service fees | 76.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 291,407.60 |
| Exemptions paid to the debtor | 1,556.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 22,413.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/08/2014 and the deadline for filing governmental claims was 09/08/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,877.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,877.90, for a total compensation of $1,877.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2015            By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-80733  
**Case Name:** WASHINGTON, RITA M.  

**Period Ending:** 10/16/15

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/11/14 (f)  
**§341(a) Meeting Date:** 04/10/14  
**Claims Bar Date:** 08/08/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Savings Account - RIA Federal Credit Union | 85.00 | 0.00 | | 0.00 | FA |
| 2 | Christmas Club Account -RIA Federal Credit Union | 75.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit with landlord | 350.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 1,934.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Globe Life insurance policy--term only--no cash | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Wrongful death lawsuit for Debtor's mother<br>    See also Asset #10.  Cook County Case No. 2010 P 3713 | Unknown | 4,444.00 | | 300,000.00 | FA |
| 9 | 2006 Pontiac G6 vehicle | 7,091.00 | 0.00 | | 0.00 | FA |
| 10 | Survival action in wrongful death lawsuit<br>    See also Asset #8.  Cook County Case No. 2010 P 3713 | Unknown | 0.00 | | 200,000.00 | FA |
| 10 | **Assets**  **Totals** (Excluding unknown values) | **$9,705.00** | **$4,444.00** | | **$500,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2014     **Current Projected Date Of Final Report (TFR):** October 16, 2015  (Actual)

Printed: 10/16/2015 10:10 AM     V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-80733  
**Case Name:** WASHINGTON, RITA M.  
**Taxpayer ID #:** **-***8598  
**Period Ending:** 10/16/15

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $780,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/28/15 | | Anesi Ozmon rodin Novak & Kohen, Ltd. | Surviving heir portion Estate of Lucy Mae Hudson | | | 24,045.47 | | 24,045.47 |
| | {8} | | Settlement in Wrongful Death | 300,000.00 | 1129-000 | | | 24,045.47 |
| | | | Attorney Fees to Anesi, Ozmon on behalf of Decedent's Estate | -100,000.00 | 3991-002 | | | 24,045.47 |
| | | | Attorney Expenses to Anesi, Ozmon on behalf of Decedent's Estate | -9,543.08 | 3992-002 | | | 24,045.47 |
| | | | 1/10 share to George Hudson | -19,045.70 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Jerry Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Josephine Young | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Maggie Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Margaret Morris | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Pearlie Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Sharon Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Barbara Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Estate of Joe Willie Hudson | -19,045.70 | 8500-002 | | | 24,045.47 |
| | {10} | | Settlement in Survival Action | 200,000.00 | 1129-000 | | | 24,045.47 |
| | | | Attorney Fees to Anesi, Ozmon on behalf of Decedent's Estate | -66,666.67 | 3991-002 | | | 24,045.47 |
| | | | Attorney Expenses to Anesi, Ozmon on behalf of Decedent's Estate | -5,288.18 | 3992-002 | | | 24,045.47 |
| | | | Probate Estates | -3,049.00 | 3992-002 | | | 24,045.47 |
| | | | First Recoveries Lien | -35,000.00 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Estate of | -44,998.08 | 8500-002 | | | 24,045.47 |

Subtotals : $24,045.47    $0.00

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-80733 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | WASHINGTON, RITA M. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******8266 - Checking Account |
| **Taxpayer ID #:** | **-***8598 | | **Blanket Bond:** | $780,000.00 (per case limit) |
| **Period Ending:** | 10/16/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Joe Willie Hudson | | | | | |
| | | | 1/10 share to George Hudson | -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Jerry Hudson | -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Josephine Young | -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Maggie Hudson | -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Margaret Morris | -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Pearlie Hudson | -4,999.78 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Sharon Hudson | -4,999.78 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Barbara Hudson | -4,999.78 | 8500-002 | | | 24,045.47 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 24,035.47 |
| 08/04/15 | 101 | Rita M. Washington | exemption | | 8100-002 | | 1,556.00 | 22,479.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 31.77 | 22,447.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 34.44 | 22,413.26 |
| | | | **ACCOUNT TOTALS** | | | 24,045.47 | 1,632.21 | **$22,413.26** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 24,045.47 | 1,632.21 | |
| | | | Less: Payments to Debtors | | | | 1,556.00 | |
| | | | **NET Receipts / Disbursements** | | | **$24,045.47** | **$76.21** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8266** | 24,045.47 | 76.21 | 22,413.26 |
| | $24,045.47 | $76.21 | $22,413.26 |

{} Asset reference(s)

Printed: 10/16/15 10:10 AM                          **Exhibit C**                                         Page: 1

## Case:  14-80733   WASHINGTON, RITA M.

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 03/11/14 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>\<3110-00   Attorney for Trustee Fees (Trustee Firm)\> | 990.00 | 990.00 | 0.00 | 990.00 | 990.00 |
| | 03/11/14 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>\<2100-00   Trustee Compensation\><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 11278.99] | 1,877.90 | 1,877.90 | 0.00 | 1,877.90 | 1,877.90 |
| | | | **Total for Priority 200:    100% Paid** | **$2,867.90** | **$2,867.90** | **$0.00** | **$2,867.90** | **$2,867.90** |
| | | | **Total for Admin Ch. 7 Claims:** | **$2,867.90** | **$2,867.90** | **$0.00** | **$2,867.90** | **$2,867.90** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 05/08/14 | 610 | Cavalry Investments, LLC<br>P.O. Box 27288<br>Tempe, AZ 85282<br>\<7100-00   General Unsecured § 726(a)(2)\> | 238.12 | 238.12 | 0.00 | 238.12 | 238.12 |
| 2 | 05/13/14 | 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>\<7100-00   General Unsecured § 726(a)(2)\> | 391.19 | 391.19 | 0.00 | 391.19 | 391.19 |
| 3 | 05/13/14 | 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>\<7100-00   General Unsecured § 726(a)(2)\> | 676.49 | 676.49 | 0.00 | 676.49 | 676.49 |
| 4 | 05/13/14 | 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>\<7100-00   General Unsecured § 726(a)(2)\> | 163.39 | 163.39 | 0.00 | 163.39 | 163.39 |
| 5 | 05/13/14 | 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>\<7100-00   General Unsecured § 726(a)(2)\> | 502.66 | 502.66 | 0.00 | 502.66 | 502.66 |
| 6 | 05/13/14 | 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>\<7100-00   General Unsecured § 726(a)(2)\> | 580.11 | 580.11 | 0.00 | 580.11 | 580.11 |

Printed: 10/16/15 10:10 AM  **Exhibit C**  Page: 2

## Case: 14-80733   WASHINGTON, RITA M.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 06/19/14 | 610 | Main Street Acquisition Corp., assignee of CHASE BANK USA, N. A. <br> c o Becket and Lee LLP,POB 3001 <br> Malvern, PA 19355-0701 <br> <7100-00   General Unsecured § 726(a)(2)> | 370.18 | 370.18 | 0.00 | 370.18 | 370.18 |
| 8 | 07/01/14 | 610 | American InfoSource LP as agent for Verizon <br> PO Box 248838 <br> Oklahoma City, OK 73124-8838 <br> <7100-00   General Unsecured § 726(a)(2)> | 1,717.31 | 1,717.31 | 0.00 | 1,717.31 | 1,717.31 |
| 9 | 07/09/14 | 610 | AMERICASH LOANS, LLC <br> PO BOX 184 <br> DES PLAINES, IL 60016 <br> <7100-00   General Unsecured § 726(a)(2)> | 532.82 | 532.82 | 0.00 | 532.82 | 532.82 |
| 10 | 07/29/14 | 610 | American InfoSource LP as agent for DIRECTV, LLC <br> Mail Station N387,2230 E Imperial Hwy <br> El Segundo, CA 90245 <br> <7100-00   General Unsecured § 726(a)(2)> | 811.82 | 811.82 | 0.00 | 811.82 | 811.82 |
| 11 | 08/01/14 | 610 | LVNV Funding, LLC its successors and assigns as <br> assignee of FNBM, LLC <br> Resurgent Capital Services,PO Box 10587 <br> Greenville, SC 29603-0587 <br> <7100-00   General Unsecured § 726(a)(2)> | 748.83 | 748.83 | 0.00 | 748.83 | 748.83 |
| 12 | 08/05/14 | 610 | Portfolio Recovery Associates, LLC <br> Successor to BLUESTEM BRANDS, INC. <br> (FINGERHUT),POB 12914 <br> Norfolk, VA 23541 <br> <7100-00   General Unsecured § 726(a)(2)> | 999.19 | 999.19 | 0.00 | 999.19 | 999.19 |
| 13 | 08/05/14 | 610 | Portfolio Recovery Associates, LLC <br> Successor to CAPITAL ONE, NA <br> (CAPITAL ONE, NA),POB 12914 <br> Norfolk, VA 23541 <br> <7100-00   General Unsecured § 726(a)(2)> | 585.14 | 585.14 | 0.00 | 585.14 | 585.14 |
| | | | **Total for Priority 610:    100% Paid** | **$8,317.25** | **$8,317.25** | **$0.00** | **$8,317.25** | **$8,317.25** |
| 1I | 05/08/14 | 640 | Cavalry Investments, LLC <br> P.O. Box 27288 <br> Tempe, AZ 85282 <br> <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 0.50 | 0.50 | 0.00 | 0.50 | 0.50 |
| 2I | 05/13/14 | 640 | Quantum3 Group LLC as agent for Comenity Bank <br> PO Box 788 <br> Kirkland, WA 98083-0788 <br> <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 0.83 | 0.83 | 0.00 | 0.83 | 0.83 |

Printed: 10/16/15 10:10 AM  **Exhibit C**  Page: 3

**Case: 14-80733   WASHINGTON, RITA M.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3I | 05/13/14 | 640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.43 | 1.43 | 0.00 | 1.43 | 1.43 |
| 4I | 05/13/14 | 640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 0.35 | 0.35 | 0.00 | 0.35 | 0.35 |
| 5I | 05/13/14 | 640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.07 | 1.07 | 0.00 | 1.07 | 1.07 |
| 6I | 05/13/14 | 640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.23 | 1.23 | 0.00 | 1.23 | 1.23 |
| 7I | 06/19/14 | 640 | Main Street Acquisition Corp., assignee<br>of CHASE BANK USA, N. A.<br>c o Becket and Lee LLP,POB 3001<br>Malvern, PA 19355-0701<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 0.78 | 0.78 | 0.00 | 0.78 | 0.78 |
| 8I | 07/01/14 | 640 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 3.64 | 3.64 | 0.00 | 3.64 | 3.64 |
| 9I | 07/09/14 | 640 | AMERICASH LOANS, LLC<br>PO BOX 184<br>DES PLAINES, IL 60016<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.13 | 1.13 | 0.00 | 1.13 | 1.13 |
| 10I | 07/29/14 | 640 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387,2230 E Imperial Hwy<br>El Segundo, CA 90245<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.72 | 1.72 | 0.00 | 1.72 | 1.72 |
| 11I | 08/01/14 | 640 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of FNBM, LLC<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.59 | 1.59 | 0.00 | 1.59 | 1.59 |

Printed: 10/16/15 10:10 AM                    **Exhibit C**                                   Page: 4

## Case: 14-80733   WASHINGTON, RITA M.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 12I | 08/05/14 | 640 | Portfolio Recovery Associates, LLC<br>Successor to BLUESTEM BRANDS, INC.<br>(FINGERHUT),POB 12914<br>Norfolk, VA 23541<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 2.12 | 2.12 | 0.00 | 2.12 | 2.12 |
| 13I | 08/05/14 | 640 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NA<br>(CAPITAL ONE, NA),POB 12914<br>Norfolk, VA 23541<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.24 | 1.24 | 0.00 | 1.24 | 1.24 |
| | | | **Total for Priority 640:   100% Paid** | **$17.63** | **$17.63** | **$0.00** | **$17.63** | **$17.63** |
| SURPLUS | 03/11/14 | 650 | WASHINGTON, RITA M.<br>1418 SORENSON LANE, APT. 6<br>SAVANNA, IL 61074<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 11,210.48 | 11,210.48 | 0.00 | 11,210.48 | 11,210.48 |
| | | | **Priority 650:   100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$19,545.36** | **$19,545.36** | **$0.00** | **$19,545.36** | **$19,545.36** |
| | | | **Total for Case :** | **$22,413.26** | **$22,413.26** | **$0.00** | **$22,413.26** | **$22,413.26** |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 14-80733
Case Name: WASHINGTON, RITA M.
Trustee Name: JAMES E. STEVENS

**Balance on hand:**     $     22,413.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    22,413.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,877.90 | 0.00 | 1,877.90 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 990.00 | 0.00 | 990.00 |

Total to be paid for chapter 7 administration expenses:    $    2,867.90
Remaining balance:    $    19,545.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    19,545.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 19,545.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,317.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | 238.12 | 0.00 | 238.12 |
| 2 | Quantum3 Group LLC as agent for | 391.19 | 0.00 | 391.19 |
| 3 | Quantum3 Group LLC as agent for | 676.49 | 0.00 | 676.49 |
| 4 | Quantum3 Group LLC as agent for | 163.39 | 0.00 | 163.39 |
| 5 | Quantum3 Group LLC as agent for | 502.66 | 0.00 | 502.66 |
| 6 | Quantum3 Group LLC as agent for | 580.11 | 0.00 | 580.11 |
| 7 | Main Street Acquisition Corp., assignee | 370.18 | 0.00 | 370.18 |
| 8 | American InfoSource LP as agent for | 1,717.31 | 0.00 | 1,717.31 |
| 9 | AMERICASH LOANS, LLC | 532.82 | 0.00 | 532.82 |
| 10 | American InfoSource LP as agent for | 811.82 | 0.00 | 811.82 |
| 11 | LVNV Funding, LLC its successors and assigns as | 748.83 | 0.00 | 748.83 |
| 12 | Portfolio Recovery Associates, LLC | 999.19 | 0.00 | 999.19 |
| 13 | Portfolio Recovery Associates, LLC | 585.14 | 0.00 | 585.14 |

|  | Total to be paid for timely general unsecured claims: | $ | 8,317.25 |
|---|---|---|---|
|  | Remaining balance: | $ | 11,228.11 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 11,228.11

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 11,228.11

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $17.63. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 11,210.48.

**UST Form 101-7-TFR (05/1/2011)**