# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: WASHINGTON, RITA M.        §    Case No. 14-80733-TML

                                    §

                                    §

Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/16/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated:  11/20/2015          By:  /s/JAMES E. STEVENS

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WASHINGTON, RITA M.                                  §        Case No. 14-80733-TML
                                                            §
                                                            §
Debtor(s)                                                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 500,000.00 |
| *and approved disbursements of* | $ | 477,586.74 |
| *leaving a balance on hand of* [1] | $ | 22,413.26 |

**Balance on hand:**                 $          22,413.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:    $    22,413.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,877.90 | 0.00 | 1,877.90 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 990.00 | 0.00 | 990.00 |

Total to be paid for chapter 7 administration expenses:    $    2,867.90
Remaining balance:    $    19,545.36

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | | 0.00 |
| Remaining balance: | $ | | 19,545.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | | 0.00 |
| Remaining balance: | $ | | 19,545.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,317.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | 238.12 | 0.00 | 238.12 |
| 2 | Quantum3 Group LLC as agent for | 391.19 | 0.00 | 391.19 |
| 3 | Quantum3 Group LLC as agent for | 676.49 | 0.00 | 676.49 |
| 4 | Quantum3 Group LLC as agent for | 163.39 | 0.00 | 163.39 |
| 5 | Quantum3 Group LLC as agent for | 502.66 | 0.00 | 502.66 |
| 6 | Quantum3 Group LLC as agent for | 580.11 | 0.00 | 580.11 |
| 7 | Main Street Acquisition Corp., assignee | 370.18 | 0.00 | 370.18 |
| 8 | American InfoSource LP as agent for | 1,717.31 | 0.00 | 1,717.31 |
| 9 | AMERICASH LOANS, LLC | 532.82 | 0.00 | 532.82 |
| 10 | American InfoSource LP as agent for | 811.82 | 0.00 | 811.82 |

| 11 | LVNV Funding, LLC its successors and assigns as | 748.83 | 0.00 | 748.83 |
| 12 | Portfolio Recovery Associates, LLC | 999.19 | 0.00 | 999.19 |
| 13 | Portfolio Recovery Associates, LLC | 585.14 | 0.00 | 585.14 |

Total to be paid for timely general unsecured claims: $ 8,317.25

Remaining balance: $ 11,228.11

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 11,228.11

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 11,228.11

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $17.63.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $11,210.48.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JAMES E. STEVENS
_____

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-80733-TML
Rita M. Washington                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Nov 23, 2015
                             Form ID: pdf006         Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2015.
db        #+Rita M. Washington,    1418 Sorenson Lane, Apt. 6,   Savanna, IL 61074-1753
22214413   +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
21633291   +Ashro,    1515 S. 21st St.,   Clinton, IA 52732-6676
21633293    Capital One Bank,   P.O. Box 30253,   Salt Lake City, UT  84130-0253
21633292    Capital One Bank,   P.O. Box 30281,   Salt Lake City, UT  84130-0281
21633294   +Chase/Bank One Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
21633296    Comenity Bank,   P.O. Box 182789,   Columbus, OH  43218-2789
21633299    EOS CCA,   700 Longwater Dr.,   Norwell, MA  02061-1624
21633301    First National Credit Card,   500 E 60th St. N.,   Sioux Falls, SD  57104-0478
21633302    First Premier,   3820 N. Louise Ave.,   Sioux Falls, SD  57107-0145
22067342    Main Street Acquisition Corp., assignee,   of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
21633306   +Midnight Velvet,    1112 7th Ave.,   Monroe, WI 53566-1364
21633289   +Miller Lancaster & Walker PC,   15 E Third St PO Box 535,   Sterling, IL 61081-0535
21633309   +Santander Consumer USA Inc.,   8585 N. Stemmons Fwy St., Ste. 1000,    Dallas, TX 75247-3822
21633310   +Swiss Colony/Ashro,   3650 Milwaukee St.,   Madison, WI 53714-2399
21633311   +Verizon Wireless,   P.O. Box 26055,   Minneapolis, MN 55426-0055
21633288   +Washington Rita M,   1418 Sorenson Lane Apt 6,   Savanna, IL 61074-1753


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21633290    E-mail/Text: jasonm@afchoice.com Nov 24 2015 01:43:27    America's Financial Choice,
             10302 S. Halsted St.,   Chicago, IL  60628
22145118   +E-mail/Text: cashnotices@gmail.com Nov 24 2015 01:46:22    AMERICASH LOANS, LLC,   PO BOX 184,
             DES PLAINES, IL 60016-0003
22119023    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2015 01:50:56
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
21904390   +E-mail/Text: bankruptcy@cavps.com Nov 24 2015 01:45:25    Cavalry Investments, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
21633295   +E-mail/Text: fhbankruptcy@bluestembrands.com Nov 24 2015 01:46:17    Cit Bank/Fingerhut Direc,
             6250 Ridgewood ROA,   Saint Cloud, MN 56303-0820
21633297    E-mail/Text: creditonebknotifications@resurgent.com Nov 24 2015 01:43:35    Credit One Bank,
             P.O. Box 98872,   Las Vegas, NV  89193-8872
21633298   +E-mail/Text: bknotice@erccollections.com Nov 24 2015 01:44:57    Enhanced Recovery Co.,
             8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
21633303   +E-mail/Text: cashnotices@gmail.com Nov 24 2015 01:46:22    First Rate Financial,
             1507 E. 87th St.,   Chicago, IL 60619-6524
22235417    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 24 2015 01:50:55
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
21633304   +E-mail/Text: fhbankruptcy@bluestembrands.com Nov 24 2015 01:46:17    Metabank/Fingerhut,
             6250 Ridgewood Rd.,   Saint Cloud, MN 56303-0820
21633305   +E-mail/Text: bknotices@totalcardinc.com Nov 24 2015 01:44:55    Mid-America Bank & Trust,
             5109 S. Broadband L.,   Sioux Falls, SD 57108-2208
22244834    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 24 2015 01:50:49
             Portfolio Recovery Associates, LLC,   Successor to BLUESTEM BRANDS, INC.,   (FINGERHUT),
             POB 41067,   Norfolk VA 23541
22244850    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 24 2015 01:50:49
             Portfolio Recovery Associates, LLC,   Successor to CAPITAL ONE, NA,   (CAPITAL ONE, NA),
             POB 41067,   Norfolk VA 23541
21633307   +E-mail/Text: patti@peoplesenergycu.org Nov 24 2015 01:45:32    Peoples Energy,
             130 E. Randolph Dr., 20th Fl.,   Chicago, IL 60601-6207
21633308   +E-mail/Text: bknotices@totalcardinc.com Nov 24 2015 01:44:55    Plains Commerce Bank,
             5109 S. Broadband Ln.,   Sioux Falls, SD 57108-2208
21924564    E-mail/Text: bnc-quantum@quantum3group.com Nov 24 2015 01:44:17
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
21633312   +E-mail/Text: fhbankruptcy@bluestembrands.com Nov 24 2015 01:46:17    Webbank/Fingerhut,
             6250 Ridgewood ROA,   Saint Cloud, MN 56303-0820
                                                                              TOTAL: 17


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21633300    ##+First Bank Of Delaware,   50 S. 16th St., Ste. 2300,   Philadelphia, PA 19102-2526
                                                                   TOTALS: 0, * 0, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: cshabez           Page 2 of 2            Date Rcvd: Nov 23, 2015
                             Form ID: pdf006          Total Noticed: 34
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2015 at the address(es) listed below:
```
          David J Frankel   on behalf of Creditor    Santander Consumer USA Inc. dfrankel@sormanfrankel.com,
                  ckauffman@sormanfrankel.com
          James E Stevens   on behalf of Trustee James E Stevens jimstevens@bslbv.com,   dharris@bslbv.com
          James E Stevens   jimstevens@bslbv.com,   IL48@ecfcbis.com
          Kelli D Walker   on behalf of Debtor Rita M. Washington kelli@essex1.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
                                                                     TOTAL: 5
```