# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: WASHINGTON, RITA M. | § Case No. 14-80733 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,705.00 *(without deducting any secured claims)* | Assets Exempt: $6,570.00 |
| Total Distribution to Claimants: $8,334.88 | Claims Discharged Without Payment: $7,237.00 |
| Total Expenses of Administration: $187,491.04 | |

3) Total gross receipts of $ 500,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 304,174.08 (see **Exhibit 2**), yielded net receipts of $195,825.92 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,366.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 187,491.04 | 187,491.04 | 187,491.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,001.00 | 8,334.88 | 8,334.88 | 8,334.88 |
| **TOTAL DISBURSEMENTS** | $21,367.00 | $195,825.92 | $195,825.92 | $195,825.92 |

4)  This case was originally filed under Chapter 7 on March 11, 2014. The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2016                By: /s/JAMES E. STEVENS
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful death lawsuit for Debtor's mother | 1129-000 | 300,000.00 |
| Survival action in wrongful death lawsuit | 1129-000 | 200,000.00 |
| **TOTAL GROSS RECEIPTS** | | $500,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rita M. Washington | exemption | 8100-002 | 1,556.00 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to George Hudson | 8500-002 | 19,045.70 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Jerry Hudson | 8500-002 | 19,045.69 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Josephine Young | 8500-002 | 19,045.69 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Maggie Hudson | 8500-002 | 19,045.69 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Margaret Morris | 8500-002 | 19,045.69 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Pearlie Hudson | 8500-002 | 19,045.69 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Sharon Hudson | 8500-002 | 19,045.69 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Barbara Hudson | 8500-002 | 19,045.69 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Estate of Joe Willie Hudson | 8500-002 | 19,045.70 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | First Recoveries Lien | 8500-002 | 35,000.00 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Estate of Joe Willie Hudson | 8500-002 | 44,998.08 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to George Hudson | 8500-002 | 4,999.79 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Jerry Hudson | 8500-002 | 4,999.79 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Josephine Young | 8500-002 | 4,999.79 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---:|
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Maggie Hudson | 8500-002 | 4,999.79 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Margaret Morris | 8500-002 | 4,999.79 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Pearlie Hudson | 8500-002 | 4,999.78 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Sharon Hudson | 8500-002 | 4,999.78 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 1/10 share to Barbara Hudson | 8500-002 | 4,999.78 |
| WASHINGTON, RITA M. | Dividend paid 100.00% on $11,210.48; Claim# SURPLUS; Filed: $11,210.48; Reference: | 8200-002 | 11,210.48 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $304,174.08 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| NOTFILED | Santander Consumer USA Inc. | 4110-000 | 7,366.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $7,366.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|
| JAMES E. STEVENS | 2100-000 | N/A | 1,877.90 | 1,877.90 | 1,877.90 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 990.00 | 990.00 | 990.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 31.77 | 31.77 | 31.77 |
| Rabobank, N.A. | 2600-000 | N/A | 34.44 | 34.44 | 34.44 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 3991-002 | N/A | 100,000.00 | 100,000.00 | 100,000.00 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 3992-002 | N/A | 9,543.08 | 9,543.08 | 9,543.08 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 3991-002 | N/A | 66,666.67 | 66,666.67 | 66,666.67 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 3992-002 | N/A | 5,288.18 | 5,288.18 | 5,288.18 |
| Anesi Ozmon rodin Novak & Kohen, Ltd. | 3992-002 | N/A | 3,049.00 | 3,049.00 | 3,049.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $187,491.04 | $187,491.04 | $187,491.04 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | 7100-000 | N/A | 238.12 | 238.12 | 238.12 |
| 1I | Cavalry Investments, LLC | 7990-000 | N/A | 0.50 | 0.50 | 0.50 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 391.00 | 391.19 | 391.19 | 391.19 |
| 2I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.83 | 0.83 | 0.83 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 676.00 | 676.49 | 676.49 | 676.49 |
| 3I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 1.43 | 1.43 | 1.43 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | 163.00 | 163.39 | 163.39 | 163.39 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.35 | 0.35 | 0.35 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 502.00 | 502.66 | 502.66 | 502.66 |
| 5I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 1.07 | 1.07 | 1.07 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | 580.00 | 580.11 | 580.11 | 580.11 |
| 6I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 1.23 | 1.23 | 1.23 |
| 7 | Main Street Acquisition Corp., assignee | 7100-000 | 370.00 | 370.18 | 370.18 | 370.18 |
| 7I | Main Street Acquisition Corp., assignee | 7990-000 | N/A | 0.78 | 0.78 | 0.78 |
| 8 | American InfoSource LP as agent for | 7100-000 | 1,750.00 | 1,717.31 | 1,717.31 | 1,717.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8I | American InfoSource LP as agent for | 7990-000 | N/A | 3.64 | 3.64 | 3.64 |
| 9 | AMERICASH LOANS, LLC | 7100-000 | N/A | 532.82 | 532.82 | 532.82 |
| 9I | AMERICASH LOANS, LLC | 7990-000 | N/A | 1.13 | 1.13 | 1.13 |
| 10 | American InfoSource LP as agent for | 7100-000 | N/A | 811.82 | 811.82 | 811.82 |
| 10I | American InfoSource LP as agent for | 7990-000 | N/A | 1.72 | 1.72 | 1.72 |
| 11 | LVNV Funding, LLC its successors and assigns as | 7100-000 | 748.00 | 748.83 | 748.83 | 748.83 |
| 11I | LVNV Funding, LLC its successors and assigns as | 7990-000 | N/A | 1.59 | 1.59 | 1.59 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | 999.00 | 999.19 | 999.19 | 999.19 |
| 12I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 2.12 | 2.12 | 2.12 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | 585.00 | 585.14 | 585.14 | 585.14 |
| 13I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 1.24 | 1.24 | 1.24 |
| NOTFILED | First Premier | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Metabank/Fingerhut | 7100-000 | 978.00 | N/A | N/A | 0.00 |
| NOTFILED | First Rate Financial | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier | 7100-000 | 403.00 | N/A | N/A | 0.00 |
| NOTFILED | First Bank Of Delaware | 7100-000 | 517.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Credit Card | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 277.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 541.00 | N/A | N/A | 0.00 |
| NOTFILED | Ashro | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | America's Financial Choice | 7100-000 | 501.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | 107.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Co. | 7100-000 | 81.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-America Bank & Trust | 7100-000 | 504.00 | N/A | N/A | 0.00 |
| NOTFILED | Plains Commerce Bank | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | Midnight Velvet | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Swiss Colony/Ashro | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | Cit Bank/Fingerhut Direc | 7100-000 | 469.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Energy | 7100-000 | 319.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $14,001.00 | $8,334.88 | $8,334.88 | $8,334.88 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-80733 | **Trustee:**    (330420)    JAMES E. STEVENS |
| **Case Name:**    WASHINGTON, RITA M. | **Filed (f) or Converted (c):** 03/11/14 (f) |
| | **§341(a) Meeting Date:**    04/10/14 |
| **Period Ending:** 03/03/16 | **Claims Bar Date:**    08/08/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | Savings Account - RIA Federal Credit Union | 85.00 | 0.00 | | 0.00 | FA |
| 2 | Christmas Club Account -RIA Federal Credit Union | 75.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit with landlord | 350.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 1,934.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Globe Life insurance policy--term only--no cash | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Wrongful death lawsuit for Debtor's mother<br>    See also Asset #10.  Cook County Case No. 2010 P<br>3713 | Unknown | 4,444.00 | | 300,000.00 | FA |
| 9 | 2006 Pontiac G6 vehicle | 7,091.00 | 0.00 | | 0.00 | FA |
| 10 | Survival action in wrongful death lawsuit<br>    See also Asset #8.  Cook County Case No. 2010 P<br>3713 | Unknown | 0.00 | | 200,000.00 | FA |
| **10** | **Assets**    Totals (Excluding unknown values) | **$9,705.00** | **$4,444.00** | | **$500,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    October 16, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-80733 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** WASHINGTON, RITA M. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8266 - Checking Account |
| **Taxpayer ID #:** **-***8598 | **Blanket Bond:** $780,000.00  (per case limit) |
| **Period Ending:** 03/03/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/28/15 | | Anesi Ozmon rodin Novak & Kohen, Ltd. | Surviving heir portion Estate of Lucy Mae Hudson | | | 24,045.47 | | 24,045.47 |
| | {8} | | Settlement in Wrongful Death | 300,000.00 | 1129-000 | | | 24,045.47 |
| | | | Attorney Fees to Anesi, Ozmon on behalf of Decedent's Estate | -100,000.00 | 3991-002 | | | 24,045.47 |
| | | | Attorney Expenses to Anesi, Ozmon on behalf of Decedent's Estate | -9,543.08 | 3992-002 | | | 24,045.47 |
| | | | 1/10 share to George Hudson | -19,045.70 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Jerry Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Josephine Young | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Maggie Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Margaret Morris | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Pearlie Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Sharon Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Barbara Hudson | -19,045.69 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Estate of Joe Willie Hudson | -19,045.70 | 8500-002 | | | 24,045.47 |
| | {10} | | Settlement in Survival Action | 200,000.00 | 1129-000 | | | 24,045.47 |
| | | | Attorney Fees to Anesi, Ozmon on behalf of Decedent's Estate | -66,666.67 | 3991-002 | | | 24,045.47 |
| | | | Attorney Expenses to Anesi, Ozmon on behalf of Decedent's Estate | -5,288.18 | 3992-002 | | | 24,045.47 |
| | | | Probate Estates | -3,049.00 | 3992-002 | | | 24,045.47 |
| | | | First Recoveries Lien | -35,000.00 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Estate of | -44,998.08 | 8500-002 | | | 24,045.47 |

| | | | | | Subtotals : | $24,045.47 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-80733 | |
| **Case Name:** | WASHINGTON, RITA M. | |
| **Taxpayer ID #:** | **-***8598 | |
| **Period Ending:** | 03/03/16 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8266 - Checking Account |
| **Blanket Bond:** | $780,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Joe Willie Hudson | | | | |
| | | | 1/10 share to George Hudson      -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Jerry Hudson      -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Josephine Young      -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Maggie Hudson      -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Margaret Morris      -4,999.79 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Pearlie Hudson      -4,999.78 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Sharon Hudson      -4,999.78 | 8500-002 | | | 24,045.47 |
| | | | 1/10 share to Barbara Hudson      -4,999.78 | 8500-002 | | | 24,045.47 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 24,035.47 |
| 08/04/15 | 101 | Rita M. Washington | exemption | 8100-002 | | 1,556.00 | 22,479.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.77 | 22,447.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.44 | 22,413.26 |
| 12/18/15 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $990.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 990.00 | 21,423.26 |
| 12/18/15 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,877.90, Trustee Compensation;  Reference: | 2100-000 | | 1,877.90 | 19,545.36 |
| 12/18/15 | 104 | WASHINGTON, RITA M. | Dividend paid 100.00% on $11,210.48; Claim# SURPLUS; Filed: $11,210.48; Reference: | 8200-002 | | 11,210.48 | 8,334.88 |
| 12/18/15 | 105 | American InfoSource LP as agent for | Combined Check for Claims#10,10I | | | 813.54 | 7,521.34 |
| | | | Dividend paid 100.00%      811.82<br>on $811.82;  Claim# 10;<br>Filed: $811.82 | 7100-000 | | | 7,521.34 |
| | | | Dividend paid 100.00%      1.72<br>on $1.72;  Claim# 10I;<br>Filed: $1.72 | 7990-000 | | | 7,521.34 |
| 12/18/15 | 106 | American InfoSource LP as agent for | Combined Check for Claims#8,8I | | | 1,720.95 | 5,800.39 |
| | | | Dividend paid 100.00%      1,717.31 | 7100-000 | | | 5,800.39 |

| | | | | Subtotals : | $0.00 | $18,245.08 | |

{} Asset reference(s)

Printed: 03/03/2016 10:05 AM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-80733 | |
| **Case Name:** WASHINGTON, RITA M. | |
| | |
| **Taxpayer ID #:** **-***8598 | |
| **Period Ending:** 03/03/16 | |

| | |
|---|---|
| **Trustee:** JAMES E. STEVENS (330420) | |
| **Bank Name:** Rabobank, N.A. | |
| **Account:** ******8266 - Checking Account | |
| **Blanket Bond:** $780,000.00 (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,717.31; Claim# 8;<br>Filed: $1,717.31 | | | | |
| | | | Dividend paid 100.00%      3.64<br>on $3.64; Claim# 8I;<br>Filed: $3.64 | 7990-000 | | | 5,800.39 |
| 12/18/15 | 107 | AMERICASH LOANS, LLC | Combined Check for Claims#9,9I | | | 533.95 | 5,266.44 |
| | | | Dividend paid 100.00%      532.82<br>on $532.82; Claim# 9;<br>Filed: $532.82 | 7100-000 | | | 5,266.44 |
| | | | Dividend paid 100.00%      1.13<br>on $1.13; Claim# 9I;<br>Filed: $1.13 | 7990-000 | | | 5,266.44 |
| 12/18/15 | 108 | Cavalry Investments, LLC | Combined Check for Claims#1,1I | | | 238.62 | 5,027.82 |
| | | | Dividend paid 100.00%      238.12<br>on $238.12; Claim# 1;<br>Filed: $238.12 | 7100-000 | | | 5,027.82 |
| | | | Dividend paid 100.00%      0.50<br>on $0.50; Claim# 1I;<br>Filed: $0.50 | 7990-000 | | | 5,027.82 |
| 12/18/15 | 109 | LVNV Funding, LLC its successors<br>and assigns as | Combined Check for Claims#11,11I | | | 750.42 | 4,277.40 |
| | | | Dividend paid 100.00%      748.83<br>on $748.83; Claim# 11;<br>Filed: $748.83 | 7100-000 | | | 4,277.40 |
| | | | Dividend paid 100.00%      1.59<br>on $1.59; Claim# 11I;<br>Filed: $1.59 | 7990-000 | | | 4,277.40 |
| 12/18/15 | 110 | Main Street Acquisition Corp.,<br>assignee | Combined Check for Claims#7,7I | | | 370.96 | 3,906.44 |
| | | | Dividend paid 100.00%      370.18<br>on $370.18; Claim# 7;<br>Filed: $370.18 | 7100-000 | | | 3,906.44 |
| | | | Dividend paid 100.00%      0.78<br>on $0.78; Claim# 7I;<br>Filed: $0.78 | 7990-000 | | | 3,906.44 |
| 12/18/15 | 111 | Portfolio Recovery Associates, LLC | Combined Check for Claims#12,12I | | | 1,001.31 | 2,905.13 |
| | | | Dividend paid 100.00%      999.19<br>on $999.19; Claim# 12;<br>Filed: $999.19 | 7100-000 | | | 2,905.13 |

| | | | Subtotals : | | $0.00 | $2,895.26 | |

Exhibit 9

# **Form 2**

Page: 4

## **Cash Receipts And Disbursements Record**

| Case Number: | 14-80733 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | WASHINGTON, RITA M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***8598 | | Blanket Bond: | $780,000.00  (per case limit) |
| Period Ending: | 03/03/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%    2.12<br>on $2.12;  Claim# 12l;<br>Filed: $2.12 | 7990-000 | | | 2,905.13 |
| 12/18/15 | 112 | Portfolio Recovery Associates, LLC | Combined Check for Claims#13,13l | | | 586.38 | 2,318.75 |
| | | | Dividend paid 100.00%    585.14<br>on $585.14;  Claim# 13;<br>Filed: $585.14 | 7100-000 | | | 2,318.75 |
| | | | Dividend paid 100.00%    1.24<br>on $1.24;  Claim# 13l;<br>Filed: $1.24 | 7990-000 | | | 2,318.75 |
| 12/18/15 | 113 | Quantum3 Group LLC as agent for | Combined Check for<br>Claims#2,3,4,5,6,2l,3l,4l,5l,6l | | | 2,318.75 | 0.00 |
| | | | Dividend paid 100.00%    391.19<br>on $391.19;  Claim# 2;<br>Filed: $391.19 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    676.49<br>on $676.49;  Claim# 3;<br>Filed: $676.49 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    163.39<br>on $163.39;  Claim# 4;<br>Filed: $163.39 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    502.66<br>on $502.66;  Claim# 5;<br>Filed: $502.66 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    580.11<br>on $580.11;  Claim# 6;<br>Filed: $580.11 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    0.83<br>on $0.83;  Claim# 2l;<br>Filed: $0.83 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1.43<br>on $1.43;  Claim# 3l;<br>Filed: $1.43 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%    0.35<br>on $0.35;  Claim# 4l;<br>Filed: $0.35 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1.07<br>on $1.07;  Claim# 5l;<br>Filed: $1.07 | 7990-000 | | | 0.00 |

|  | Subtotals : | $0.00 | $2,905.13 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-80733 |
| Case Name: | WASHINGTON, RITA M. |
| Taxpayer ID #: | **-***8598 |
| Period Ending: | 03/03/16 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******8266 - Checking Account |
| Blanket Bond: | $780,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% 1.23 on $1.23;  Claim# 6I; Filed: $1.23 | 7990-000 | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | ACCOUNT TOTALS | | | 24,045.47 | 24,045.47 | $0.00 |
| | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | Subtotal | | | 24,045.47 | 24,045.47 | |
| | Less: Payments to Debtors | | | | 12,766.48 | |
| | NET Receipts / Disbursements | | | $24,045.47 | $11,278.99 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8266 | 24,045.47 | 11,278.99 | 0.00 |
| | $24,045.47 | $11,278.99 | $0.00 |